852

consideration or decision of this application. *Alton S. Bradford* and *G. Lynn Woodruff* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 459. JOHNSON *v.* UNITED STATES; and
No. 460. GREENES *v.* UNITED STATES.
Certiorari denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Charles J. Margiotti* for petitioner in No. 459; and *Thos. D. Caldwell* for petitioner in No. 460. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 468. OSTBY & BARTON CO. ET AL. *v.* JUNGERSEN. Certiorari denied. MR. JUSTICE BLACK is of the opinion the petition should be granted. *Alexander C. Neave* for petitioners.

No. 118, Misc. CHRIST, ADMINISTRATRIX, *v.* UNITED STATES WAR SHIPPING ADMINISTRATION. Certiorari denied. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman, Herbert A. Bergson, Paul A. Sweeney, Oscar H. Davis* and *John K. Benney* for respondent.

No. 208, Misc. EVANS *v.* ILLINOIS. Certiorari denied.

No. 242, Misc. BOWIE *v.* SWENSON, WARDEN. Certiorari denied.

No. 250, Misc. LOTT *v.* ILLINOIS. Certiorari denied.